IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02026-LTB

BRIAN M. GROSS,

    Plaintiff,

v.

TOM CLEMENTS,
JOHN DAVIS,
WILLIAM BRUNELL,
JUDY HULSEY,
SIMON DENWALT,
HIMANT ELLIS,
MARCELLE ENGLAND,
ELIZABETH LaMONT,
DANA BUSTOS,
ANTHONY DeCESARIO,
KATHLEEN FARRELL, and
THOMAS FISHER,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    The "Motion for Reconsideration and Request to Ammend [sic] Complaint" filed by Plaintiff on November 25, 2011 (Doc. # 18) is denied for the same reasons set forth in the Court's October 18, 2011 Order Denying Motion to Reconsider.

    Dated:  December 1, 2011